# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| )                                 | |
| Plaintiff,                     ) | |
| )                                 | |
| v.                             ) | Civil No. 8:24-cv-1791 |
| )                                 | |
| WHITE'S DIESEL PERFORMANCE,    ) | |
| *et al.*,                       ) | |
| )                                 | |
| Defendants.                    ) | |
| _____ ) | |

## STATUS REPORT

On December 31, 2024, the United States submitted notice (Doc. [6]) of a proposed consent decree. The notice states that "[t]he proposed Consent Decree is contingent upon a public comment period, so the United States requests that the Court not sign the Consent Decree until the United States files a Motion for Entry."

On April 8, 2025, the Court ordered the United States to file a "status report on the public comment process." Doc. [7].

***Report***: Pursuant to the Consent Decree (§ XVII) and 28 C.F.R. § 50.7, the notice of the Consent Decree was published in the Federal Register on Jan. 6, 2025, 90 Fed. Reg. 671, and concluded 30 days later.

No comments were received.

*Next Steps*. The United States will either file a substantive paper with the Court (*e.g.*, a motion for the court to approve and enter the Consent Decree) by May 30, 2025, or the United State will submit a status report update on that date.

        Respectfully Submitted,

/s/ Steven O'Rourke
STEVEN O'ROURKE
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-514-2779
Steve.orourke@usdoj.gov

OF COUNSEL:
STACY SHELTON
Associate Regional Counsel
U.S. Environmental Protection Agency
Region IV
61 Forsyth Street
Atlanta, GA 30303

## CERTIFICATE OF SERVICE

   I hereby certify that on April 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served a copy by e-mail to the defendants as follows:

>Jake White
>White's Diesel Performance Inc.
>602 Church St
>Nokomis, FL 34275
>P: 941-468-1710
>W: [whitesdieselperformance.com](whitesdieselperformance.com)

                /s/ Steven O'Rourke
                STEVEN O'ROURKE