UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      CASE NO. 8:24-cv-1791-SDM-SPF

WHITE'S DIESEL PERFORMANCE IN.,

    Defendant.
_____/

**ORDER**

    The United States moves (Doc. 9) for entry of a "consent decree" and entry of a "final judgment." A review of the docket reveals no proof of service and no appearance by White's Diesel Performance. "Service of process is a jurisdictional requirement." *Gundogdu v. Gittens*, 2024 WL 4120855, at *4 (S.D. Fla. July 8, 2024). "Generally, where service of process is insufficient, the court has no power to render judgment and the judgment is void." *In re Worldwide Web Sys., Inc.*, 328 F.3d 1291, 1299 (11th Cir. 2003). Because no service of process has verifiably occurred and no appearance directly or through counsel is discernible, no verifiable personal

- 2 -

jurisdiction exists over White's Diesel.  The motion for entry of a "consent decree" and entry of judgment is **DENIED WITHOUT PREJUDICE**.

ORDERED in Tampa, Florida, on June 16, 2025.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE