# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 8:24-cv-1791 |
| ) | |
| WHITE'S DIESEL ) | **RENEWED UNOPPOSED** |
| PERFORMANCE IN. et al., ) | **MOTION TO ENTER** |
| ) | **CONSENT DECREE** |
| Defendants. ) | |
| _____) | |

This renewed motion is filed in response to this Court's Order dated June 16, 2025 (Doc. 10), which denied without prejudice the Plaintiff's motion for entry of a consent decree (Doc. 9). The Order denied the motion because "no service of process has verifiably occurred and no appearance directly or through counsel is discernible. . . ."

Upon issuance of the June 16, 2025 Order, the United States filed the executed waiver of service of process under Fed. R. Civ. P. 4(d), signed by Mr. Jake White, the owner and operator of White's Diesel (the same individual who signed the consent decree). Under Rule 4(d)(4), when the plaintiff files a waiver proof of service is not required and the Rules apply as if a summons and

complaint had been served. Hopefully, filing of the waiver satisfies the Court's concern about service.

    Therefore, the United States renews its motion for the Court to sign the Consent Decree (Dkt. # 6-1) on page 25 (ECF page 27 of 36) and enter it in the docket as the final judgment in this case.

                                      Respectfully Submitted,

                                      ADAM R.F. GUSTAFSON
                                      Acting Assistant Attorney General
                                      Environment and Natural Resources Division
                                      U.S. Department of Justice

                        By:    /s/ Steven O'Rourke
                                      STEVEN O'ROURKE
                                      Environmental Enforcement Section
                                      Environment and Natural Resources Division
                                      U.S. Department of Justice
                                      P.O. Box 7611
                                      Washington, D.C. 20044-7611
                                      Telephone: 202-514-2779
                                      Steve.orourke@usdoj.gov

OF COUNSEL:

STACY SHELTON
Associate Regional Counsel
U.S. Environmental Protection Agency
Region IV
61 Forsyth Street
Atlanta, GA 30303

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 20, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and caused to be served a copy by e-mail to the defendants as follows:

  Jake White
  White's Diesel Performance Inc.
  602 Church St
  Nokomis, FL 34275
  P: 941-468-1710
  W: whitesdieselperformance.com

        /s/ Steven O' Rourke
        STEVEN O' ROURKE