UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO. 8:24-cv-1791-SDM-SPF

WHITE'S DIESEL
PERFORMANCE INC., et al.,

    Defendant.
_____/

## **ORDER**

    The plaintiff moves (Doc. 12) again unopposed for approval of a proposed "consent decree" (Doc. 6-1). The motion (Doc. 12) is **GRANTED**, and the proposed "consent decree" (Doc. 6-1 at 5–36) is **ADOPTED** as follows: The clerk must enter judgment (1) for the plaintiff and against the defendant and (2) incorporating pages five through thirty-six of the proposed "consent decree" (Doc. 6-1). Jurisdiction is retained until termination under paragraphs 64–66 of the proposed "consent decree" (Doc. 6-1) only to the extent necessary to enforce the judgment. The clerk must close the case.

    ORDERED in Tampa, Florida, on June 24, 2025.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE